IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:99CR4 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| ERIC B. REINHOLZ, | ) ) | |
| Defendant. | ) | |

Before the court is defendant's oral motion for release to the Salvation Army Adult Rehabilitation Center. Defense counsel has now notified the court the a placement is ready for defendant beginning Tuesday, May 6, 2008. Accordingly,

IT IS ORDERED:

1. The final disposition hearing remains scheduled for **May 29, 2008, at 9:00 a.m.**

2. On **Tuesday, May 6, 2008** the defendant is to be released the Federal Public Defender's office for transport to Salvation Army Adult Rehabilitation Center, 2551 Dodge Street, Omaha, Nebraska, for inpatient treatment, and is ordered to remain and participate in its program and obey all rules of the program.

3. That the defendant will also abide by all the terms and conditions of his supervised release previously imposed.

DATED this 5th day of May, 2008.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE